Attachment A



IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT YAKUTAT

MILA TUDTUD, )
                                      Plaintiff, )
      v. )
)
WILDFLOWER COURT, INC.; RICH )
YOUNG, Individually and as Director )
of Support Services; MILLIE DUNCAN, )
individually and as Administrator; and )
KYLA ALLRED, individually and as )
Human Resources Manager, )
)
                                 Defendants. ) Case No. 1JU-05-**0977** CI [PAC]
)

## NOTICE OF REMOVAL

Come now Defendants Wildflower Court, Inc., Rich Young, Millie Duncan and Kyla Allred, by and through counsel, Richmond & Quinn, and hereby give notice of filing their Notice of Removal to U.S. District Court, attached hereto.

DATED this ___18th___ day of January 2006, at Anchorage, Alaska.

                                        RICHMOND & QUINN
                                        Attorneys for Defendants Wildflower Court
                                        Inc., Rich Young, Millie Duncan, and
                                        Kyla Allred

                               By: _____
                                    Stacy L. Walker
                                    Alaska Bar No. 0005014

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this ___19th___ day of January 2006 on:

Jessica L. Srader
Choate Law Firm LLC
424 N. Franklin
Juneau, AK 99801

_____
RICHMOND & QUINN

108.\528\Pld\Notice of Removal (State)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NOTICE OF REMOVAL (State)
Tudtud v. Wildflower Court, Inc. et al..
Page 2 of 2

Stacy L. Walker, Esq.
Richmond & Quinn, PC
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-5727
Facsimile: (907) 276-2953

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MILA TUDTUD,<br><br>          Plaintiff,<br>v.<br><br>WILDFLOWER COURT, INC.; RICH YOUNG, Individually and as Director of Support Services; MILLIE DUNCAN, individually and as Administrator; and KYLA ALLRED, individually and as Human Resources Manager,<br><br>          Defendants. | Case No. _____ |

## NOTICE OF REMOVAL

Defendants Wildflower Court, Inc., Rich Young, Millie Duncan, and Kyla Allred hereby give notice under 28 U.S.C. §§ 1441 and 1446 that Alaska Case No. 1JU-05-00977 Civil, titled <u>Mila Tudtud v. Wildflower Court, Inc., Rich Young, Millie Duncan, and Kyla Allred</u>, is hereby removed to the United States District Court for the District of Alaska, from the Superior Court for the State of Alaska, First Judicial District at Juneau, Alaska, where the case was originally filed and is currently pending. Copies of all process,

pleadings and orders filed in State Court are filed with this Notice of Removal. The grounds for removal are as follows:

(1) Plaintiff filed her original complaint on December 19, 2005. Defendant Rich Young was served on December 20, 2005. Defendants Wildflower Court, Inc., Millie Duncan and Kyla Allred were served on December 21, 2005.

(2) This Notice of Removal is filed pursuant to 28 U.S.C. § 1446 within 30 days after receipt by the defendants of plaintiff's initial pleading.

(3) In paragraph 56 of the complaint, plaintiff writes "Defendant's termination of Plaintiff was in violation of . . . the Age Discrimination in Employment Act." Accordingly, the complaint raises a federal question under the Age Discrimination in Employment Act. 29 U.S.C §§ 621-634.

(4) This action is one which may be removed pursuant to 28 U.S.C. § 1441. It falls within the original jurisdiction of the federal district court because the complaint raises a federal question under 28 U.S. C. §1331.

(5) Copies of all documents found in the relevant court file of the Superior Court for the State of Alaska are attached. The documents consist of:

| Date | Title | Author |
|---|---|---|
| 12/19/05 | Complaint, Summons, and Demand For Jury Trial | Plaintiff |
| 1/11/06 | Notice of Judicial Assignment | Court |

#

#

NOTICE OF REMOVAL
Tudtud v. Wildflower Court, Inc. et al..
Page 2 of 3

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED this 18th day of January 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendants Wildflower Court
Inc., Rich Young, Millie Duncan, and
Kyla Allred

By: /s/ Stacy L. Walker
Stacy L. Walker
Alaska Bar No. 0005014

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 19th day of January 2006 on:

Jessica L. Srader
Choate Law Firm LLC
424 N. Franklin
Juneau, AK 99801

RICHMOND & QUINN

108.\528\Pld\Notice of Removal

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NOTICE OF REMOVAL
Tudtud v. Wildflower Court, Inc. et al..
Page 3 of 3