Attachment C

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FIRST JUDICIAL DISTRICT AT YAKUTAT

| | |
|---|---|
| MILA TUDTUD ) | |
| ) | |
| Plaintiff, ) | **RECEIVED** |
| ) | **JAN 17 2006** |
| vs. ) | |
| ) Case No. 1JU-05-00977CI | **RICHMOND & QUINN** |
| WILDFLOWER COURT INC., RICH ) | |
| YOUNG, Individually and as Director of ) | Filed in the Trial Courts |
| Support Services; MILLIE DUNCAN, ) | STATE OF ALASKA, FIRST DISTRICT |
| individually and as Administrator; and ) | AT JUNEAU |
| KYLA ALLRED, individually and as ) | |
| Human Resoources Manager | **JAN 11 2006** |
| Defendant. | |
| | By _____ Deputy |

NOTICE OF JUDICIAL ASSIGNMENT

This case is formally assigned to the Honorable Judge Patricia Collins.

1/11/06
Date

*Marilyn Peratrovich*
Deputy Clerk II

I certify that on 1/11/06
a copy of this document was
sent or given to:
Jessica Strater (ct. box)
Stacy Walker (email)
By: Marilyn Peratrovich

Notice of Judicial Assignment        Attachment B — Page 1 of 1