Attachment C

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FIRST JUDICIAL DISTRICT AT YAKUTAT

MILA TUDTUD )
)
Plaintiff, )
)
vs. )
) Case No. 1JU-05-00977CI
WILDFLOWER COURT INC., RICH )
YOUNG, Individually and as Director of )
Support Services; MILLIE DUNCAN, )
individually and as Administrator; and )
KYLA ALLRED, individually and as
Human Resoources Manager

Defendant.

**RECEIVED**
**JAN 17 2006**
**RICHMOND & QUINN**

Filed in the Trial Courts
STATE OF ALASKA, FIRST DISTRICT
AT JUNEAU

**JAN 11 2006**

By _____ Deputy

NOTICE OF JUDICIAL ASSIGNMENT

This case is formally assigned to the Honorable Judge Patricia Collins.

1/11/06
Date

Marilyn Peratrovich
Deputy Clerk II

I certify that on 1/11/06
copies of this document was
sent or given to:
Jessica Strader (ct.box)
Stacy Walker (e-mail)
By: Marilyn Peratrovich