IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT YAKUTAT

| | |
|---|---|
| MILA TUDTUD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILDFLOWER COURT, INC.; RICH | ) |
| YOUNG, Individually and as Director | ) |
| of Support Services;  MILLIE DUNCAN, | ) |
| individually and as Administrator; and | ) |
| KYLA ALLRED, individually and as | ) |
| Human Resources Manager, | ) |
| | ) |
| Defendants. | )    Case No. 1JU-05-**0977** CI  [PAC] |
| | ) |

## **NOTICE OF REMOVAL**

Come now Defendants Wildflower Court, Inc., Rich Young, Millie Duncan and Kyla Allred, by and through counsel, Richmond & Quinn, and hereby give notice of filing their Notice of Removal to U.S. District Court, attached hereto.

DATED this _____/8th_____ day of January 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendants Wildflower Court
Inc., Rich Young, Millie  Duncan, and
Kyla Allred

By:_____
Stacy L. Walker
Alaska Bar No. 0005014

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this _19ᵗʰ_ day of January 2006 on:

Jessica L. Srader
Choate Law Firm LLC
424 N. Franklin
Juneau, AK  99801

_Dennee Q. Pyle_
RICHMOND & QUINN

108.\528\Pld\Notice of Removal (State)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953