IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT YAKUTAT

| | |
|---|---|
| MILA TUDTUD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| WILDFLOWER COURT, INC.; RICH ) | |
| YOUNG, Individually and as Director ) | |
| of Support Services; MILLIE DUNCAN, ) | |
| individually and as Administrator; and ) | |
| KYLA ALLRED, individually and as ) | |
| Human Resources Manager, ) | |
| ) | |
| Defendants. ) | Case No. 1JU-05-**0977** CI [PAC] |
| ) | |

## NOTICE OF REMOVAL

Come now Defendants Wildflower Court, Inc., Rich Young, Millie Duncan and Kyla Allred, by and through counsel, Richmond & Quinn, and hereby give notice of filing their Notice of Removal to U.S. District Court, attached hereto.

DATED this _____18th_____ day of January 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendants Wildflower Court
Inc., Rich Young, Millie Duncan, and
Kyla Allred

By: _____
Stacy L. Walker
Alaska Bar No. 0005014

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this _19th_ day of January 2006 on:

Jessica L. Srader
Choate Law Firm LLC
424 N. Franklin
Juneau, AK 99801

_____
RICHMOND & QUINN

108.\528\Pld\Notice of Removal (State)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NOTICE OF REMOVAL (State)
Tudtud v. Wildflower Court, Inc. et al..
Page 2 of 2