Stacy L. Walker, Esq.
Richmond & Quinn, PC
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-5727
Facsimile: (907) 276-2953
swalker@richmondquinn.com
Attorneys for Defendants Wildflower Court, Inc.,
Rich Young, Millie Duncan, and Kyla Allred

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MILA TUDTUD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **DEMAND FOR TRIAL BY JURY** |
| ) | |
| WILDFLOWER COURT, INC.; RICH ) | |
| YOUNG, Individually and as Director ) | |
| of Support Services; MILLIE DUNCAN, ) | |
| individually and as Administrator; and ) | |
| KYLA ALLRED, individually and as ) | |
| Human Resources Manager, ) | |
| ) | |
| Defendants. ) | Case No. 1:06-cv-00002 JKS |
| ) | |

COME NOW defendants Wildflower Court, Inc., Rich Young, Millie

Duncan, and Kyla Allred, by and through counsel Richmond & Quinn, and hereby

demand a trial by jury in this action regarding each issue so triable.

\#

\#

DATED this __25th__ day of January 2006, at Anchorage, Alaska.

        RICHMOND & QUINN
        Attorneys for Defendants Wildflower Court
        Inc., Rich Young, Millie Duncan, and
        Kyla Allred


        By: _____s/Stacy L. Walker_____
        RICHMOND & QUINN
        360 K Street, Suite 200
        Anchorage, AK 99501
        Ph: (907) 276-5727
        Fax: (907) 276-2953
        swalker@richmondquinn.com
        ABA #0005014


    CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically and by mail this __25th__ day of January 2006 on:

Jessica L. Srader
Choate Law Firm LLC
424 N. Franklin
Juneau, AK 99801

    _____s/Stacy L. Walker_____
        RICHMOND & QUINN

108.528\Pld\Demand for Trial by Jury

DEMAND FOR TRIAL BY JURY
<u>Tudtud v. Wildflower Court et al.</u>, 1:06-CV-00002 JKS
Page 2 of 2