Stacy L. Walker, Esq.
Richmond & Quinn, PC
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-5727
Facsimile: (907) 276-2953
swalker@richmondquinn.com
Attorneys for Defendants Wildflower Court, Inc.,
Rich Young, Millie Duncan, and Kyla Allred

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MILA TUDTUD, )<br>)<br>   Plaintiff, )<br>  v. )<br>)<br>WILDFLOWER COURT, INC.; RICH )<br>YOUNG, Individually and as Director )<br>of Support Services; MILLIE DUNCAN, )<br>individually and as Administrator; and )<br>KYLA ALLRED, individually and as )<br>Human Resources Manager, )<br>)<br>   Defendants. )<br>_____ ) | **CIVIL RULE 7.1 DISCLOSURE<br>   STATEMENT**<br><br><br><br><br><br><br>Case No. 1:06-cv-00002 JKS |

  COMES NOW defendant Wildflower Court, Inc. and hereby states it is a not for profit corporation and that no parent corporation or publicly held corporation owning more than 10% of its stock exists.

  DATED at Anchorage, Alaska this ___14th___ day of February 2006.

        RICHMOND & QUINN
        Attorneys for Defendants WILDFLOWER COURT, INC., RICH YOUNG, MILLIE DUNCAN, and KYLA ALLRED


By:____s/ Stacy L. Walker_____
        Stacy L. Walker
        RICHMOND & QUINN
        360 K Street, Suite 200
        Anchorage, AK 99501
        Ph: (907) 276-5727
        Fax: (907) 276-2953
        swalker@richmondquinn.com
        ABA No. 0005014

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically and by mail this __14th__ day of February 2006 on:

Michael C. Choate
Jessica L. Srader
Choate Law Firm LLC
424 N. Franklin
Juneau, AK 99801

_____s/ Stacy L. Walker_____
      RICHMOND & QUINN

108.528\Pld\Civil Rule 7.1 Disclosure Statement

CIVIL RULE 7.1 DISCLOSURE STATEMENT
Tudtud v. Wildflower Court et al., 1:06-cv-00002 JKS
Page 2 of 2