Case 1:06-cv-00002-JKS   Document 10   Filed 02/16/2006   Page 1 of 6

Stacy L. Walker, Esq.
Richmond & Quinn, PC
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-5727
Facsimile: (907) 276-2953
swalker@richmondquinn.com
Attorneys for Defendants Wildflower Court, Inc.,
Rich Young, Millie Duncan, and Kyla Allred

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MILA TUDTUD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **SCHEDULING AND PLANNING** |
| ) | **CONFERENCE REPORT** |
| WILDFLOWER COURT, INC.; RICH ) | |
| YOUNG, Individually and as Director ) | |
| of Support Services; MILLIE DUNCAN, ) | |
| individually and as Administrator; and ) | |
| KYLA ALLRED, individually and as ) | |
| Human Resources Manager, ) | |
| ) | |
| Defendants. ) | Case No. 1:06-cv-00002 JKS |
| ) | |

SCHEDULING AND PLANNING CONFERENCE REPORT

1.   **Meeting.**  In accordance with F.R.Civ.P. 26(f), a meeting was held on February 10th, 2006 and was attended by:

| Mark Choate | Attorney for plaintiff Mila Tudtud |
|---|---|
| Stacy Walker | Attorney for all defendants |

The parties recommend the following:

2.  **Pre-Discovery Disclosures.**  The information required by F.r.Civ.P.26(a)(1):

☐ have been exchanged by the parties.

☒ will be exchanged by the parties by March 1st, 2006.

Proposed changes to disclosure requirements:          .

Preliminary witness lists:

☐ have been exchanged by the parties.

☒ will be exchanged by the parties by March 15th, 2006.

3.  **Contested Issues of Fact and Law.**  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Contract existence, breach of contract, age discrimination, defamation, causation, damages.

4.  **Discovery Plan.**  The parties jointly propose to the court the following discovery plan.

   A.   Discovery will be needed on the following issues:

Contract existence, breach of contract, age discrimination, defamation, causation, damages.

   B.   All discovery commenced in time to be completed by February 28th, 2007 ("discovery close date").

   C.   Limitations on Discovery:

      1.   Interrogatories:

         ☒ No change from F.R.Civ.P.33(a).

    ☐ Maximum of _____ by each party to any other party.

    Responses due in _____ days.

2. Requests for Admissions:

    ☒ No change from F.R.Civ.P.36(a).

    ☐ Maximum of _____ requests.

    Responses due in _____ days.

3. Depositions:

    ☒ No change from F.R.Civ.P.36(a),(d).

    ☐ Maximum of _____ depositions by each party.

    Depositions not to exceed _____ hours unless agreed to by all parties.

D. Reports from retained experts:

    ☐ Not later than 90 days before the close of discovery subject to F.R.Civ.P.26(a)(2)(C).

    ☒ Reports due:

From plaintiff 9/30/06.                    From defendant 10/31/06.

E. Supplementation of disclosures and discovery responses are to be made:

    ☒ Periodically at 60-day intervals from the entry of scheduling and planning order.

    ☐ As new information is acquired, but not later than 60 days before the close of discovery.

    F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

        ☒ 45 days prior to the close of discovery.

        ☐ Not later than         .

5.    **Pretrial Motions.**

    ☒ No change from D.Ak. LR 16.1(c).

    The following changes to D.Ak. LR 16.1(c) [Check and complete all that apply]:

    ☐ Motions to amend pleadings or add parties to be filed not later than         .

    ☐ Motions in limine and Dispositive motions must be filed not later than         .

6.    **Other Provisions:**

    A.    ☒ The parties do not request a conference with the court before the entry of the scheduling order.

        ☐ The parties request a scheduling conference with the court on the following issue(s):         .

    B.    Alternative Dispute Resolution [D.Ak. LR 16.2]:

        ☐ This matter is not considered a candidate for court-annexed alternative dispute resolution.

        ☒ The parties will file a request for alternative dispute resolution not later than November 15, 2006.

        ☒ Mediation        ☐ Early Neutral Evaluation

    C.    The parties ☐ do ☒ not consent to trial before a magistrate judge.

    D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1:

        ☒ All parties have complied.    ☐ Compliance not required by any party.

7. **Trial.**

    A.    The matter will be ready for trial:

        ☒ 45 days after the discovery close date.

        ☐ not later than      .

    B.    This matter is expected to take 7 days to try.

    C.    Jury Demanded ☒ Yes    ☐ No

        Right to jury trial disputed? ☐ Yes    ☒ No

        CHOATE LAW FIRM LLC
        Attorneys for Plaintiff Mila Tudtud

Dated:   February 16, 2006      By:\_\_\_\_s/ Mark C. Choate_____
                                            Mark Clayton Choate
                                            Alaska Bar No. 8011070
                                            Jessica L. Srader
                                            Alaska Bar No. 0412105
                                            CHOATE LAW FIRM, LLC
                                            414 N. Franklin Street
                                            Juneau, AK 99801
                                            Ph:  (907) 586-4490
                                            Fax: (907) 586-6633
                                            markcchoate@yahoo.com
                                            jessica@choatelawfirm.com

                                                  RICHMOND & QUINN
                                                  Attorneys for Defendants WILDFLOWER
                                                  COURT, INC., RICH YOUNG, MILLIE
                                                  DUNCAN, and KYLA ALLRED

Dated:    February 16, 2006        By:____ s/ Stacy L. Walker_____
                                                  Stacy L. Walker
                                                  RICHMOND & QUINN
                                                  360 K Street, Suite 200
                                                  Anchorage, AK 99501
                                                  Ph: (907) 276-5727
                                                  Fax: (907) 276-2953
                                                  swalker@richmondquinn.coM
                                                  ABA No. 0005014

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically and by mail this   16th   day of February 2006 on:

Mark C. Choate
Jessica L. Srader
Choate Law Firm LLC
424 N. Franklin
Juneau, AK 99801

      s/ Stacy L. Walker
          RICHMOND & QUINN

108.528\Pld\Sched. & Plng Conf. Report