Stacy L. Walker, Esq.
Richmond & Quinn, PC
360  K  Street, Suite 200
Anchorage, Alaska 99501
Phone:  (907) 276-5727
Facsimile:  (907) 276-2953
swalker@richmondquinn.com
Attorneys for Defendants Wildflower Court, Inc.,
Rich Young, Millie Duncan, and Kyla Allred

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MILA TUDTUD, | ) | |
| | ) | |
| Plaintiff, | ) | (PROPOSED) |
| v. | ) | **ORDER DENYING** |
| | ) | **MOTION TO REMAND** |
| WILDFLOWER COURT, INC.; RICH | ) | |
| YOUNG, Individually and as Director | ) | |
| of Support Services;  MILLIE DUNCAN, | ) | |
| individually and as Administrator; and | ) | |
| KYLA ALLRED, individually and as | ) | |
| Human Resources Manager, | ) | |
| | ) | |
| Defendants. | ) | Case No.  1:06-cv-00002 JKS |
| | ) | |

The plaintiff asks the court to remand this case to state court for lack of sufficient federal question jurisdiction.  Defendants oppose the plaintiff's motion and assert that the plaintiff's claims for relief under the ADEA make this the court of original jurisdiction.

Because this court has original jurisdiction over the plaintiff's federal causes of action, this court has subject matter jurisdiction of this case and the case can be maintained in federal court.  Therefore, plaintiff's Motion To Remand to State Court is DENIED.

DATED at Anchorage, Alaska, this _____ day of _____ 2006.

_____
Honorable James K. Singleton Jr.
U.S. District Court Judge


<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically and by mail this __21st__ day of February 2006 on:

Mark C. Choate
Jessica L. Srader
Choate Law Firm LLC
424 N. Franklin
Juneau, AK  99801

_____s/ Stacy L. Walker_____
            RICHMOND & QUINN

108.528\Pld\(Proposed) Order Denying  Motion To Remand