IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MILA TUDTUD,<br><br>    Plaintiff,<br> vs.<br><br>WILDFLOWER COURT, INC., RICH YOUNG, individually and in his capacity as Director of Support Services, MILLE DUNCAN, individually and in her capacity as Administrator, and KYLA ALLRED, individually and in her capacity as Human Resources Manager,<br><br>    Defendants. | Case No. 1:06-cv-00002-JKS<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

   \_\_\_ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   _X_ **DECISION BY COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the case is remanded to the State of Alaska Superior Court in Juneau.  Plaintiff will receive no costs or expenses from the Defendants.

APPROVED:

/s/ James K. Singleton, Jr.
  **JAMES K. SINGLETON, JR.**
   United States District Judge

| | |
|---|---|
| March 10, 2006 | IDA ROMACK |
| Date | Clerk |
| | Dan Maus |
| | (By) Deputy Clerk |